IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


CLIFTON J. SHOWELL, JR.,           )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   Civ. No. 05-462-JJF
                                   )
MIDWAY SLOTS & SIMULCAST           )
GAMING ENTERTAINMENT,              )
                                   )
        Defendant.                 )


**ORDER**

At Wilmington this 28 day of July, 2005, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is GRANTED.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff shall complete and return to the clerk of court an **original** "U.S. Marshal-285" form for **the** defendant.  **The plaintiff must also provide the Court with one copy of the complaint (D.I. 2) for service upon the defendant.  Plaintiff is notified that the United States Marshal will not serve the complaint until all "U.S. Marshal 285" forms with copies of the complaint, have been received by the Clerk of the Court.  Failure to so provide a "U.S. Marshal 285" form and a copy of the**

**complaint for the defendant within 120 days of this order may result in the complaint being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

       3. Upon receipt of the completed "U.S. Marshal-285" forms along with copies of the complaint, the United States Marshal shall serve a copy of the complaint (D.I. 2), and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

                                                                       _/s/ Joseph J. Farnan_
                                                       United States District Judge