**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **CLIFTON J. SHOWELL, JR.** | : | |
| | : | |
| Plaintiff, | : | **CIVIL ACTION NO.** 05-462-JJF |
| | : | |
| v. | : | |
| | : | |
| **MIDWAY SLOTS & SIMULCAST GAMING ENTERTAINMENT,** | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

Please enter the appearance of John M. LaRosa, Esquire as attorney for Plaintiff Clifton J. Showell, Jr. in this case.

        **LAW OFFICE OF JOHN M. LaROSA**

        /s/ John M. LaRosa
        **JOHN M. LaROSA, ESQUIRE**
        Delaware Bar No. 4275
        Two East 7th Street, Suite 302
        Wilmington, Delaware 19801-3707
        (302) 888-1290
        JLR@LaRosaLaw.com

Dated:  November 21, 2005        Attorney for Plaintiff

Attorney Files/John's Files/Client Files/SHOWELL/Pleadings/Entry of Appearance