| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Clifton J. Showell, Jr. | COURT CASE NUMBER<br>Civil Action No. 05-462-JJF |
|---|---|
| DEFENDANT<br>Gaming Entertainment, L.L.C.,<br>d/b/a Midway Slots & Simulcast Gaming Entertainment | TYPE OF PROCESS<br>Order - Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Corporation Service Company

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John M. LaRosa
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Service may be made between the hours of 8 a.m. and 4:30 p.m. Monday through Friday.
Corporation Service Company's telephone number is (302) 636-5400.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

John M. LaRosa

TELEPHONE NUMBER: (302) 888-1290     DATE: 11/21/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1   District of Origin No. 15   District to Serve No. 15

Signature of Authorized USMS Deputy or Clerk: BF    Date: 12-1-05

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Mary T. Drummond

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 12/13/05   Time: 1345 pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)