IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CLIFTON J. SHOWELL, JR.** | : | |
| Plaintiff, | : | **CIVIL ACTION NO.** 05-462 JJF |
| **v.** | : | |
| **GAMING ENTERTAINMENT (DELAWARE), L.L.C.,** d/b/a **MIDWAY SLOTS & SIMULCAST GAMING ENTERTAINMENT,** a Delaware Limited Liability Company, | : | |
| Defendant. | : | |

### JOINT PROPOSED
### RULE 16 SCHEDULING ORDER

The parties having satisfied their obligation under Fed. R. Civ. P. 26(f), and the Court having conducted a scheduling conference pursuant to Fed. R.Civ. P. 16 and D. Del. LR 16.2(a) and (b),

IT IS ORDERED that:

1.  **Pre-Discovery Disclosures**. The parties will exchange within **ten days** from the entry of this Order the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.  **Joinder of other Parties**. All motions to join other parties shall be filed on or before **August 31, 2006**.

3.   **Discovery**.

(a) All fact discovery shall be commenced so as to be completed by **September 29, 2006**.

(b) Maximum of **25** interrogatories by each party to any other party.

(c) Maximum of **25** requests for admission by each party to any other party.

(d) Maximum of **10** depositions by plaintiff(s) and 10 depositions by defendant(s).

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by **October 9, 2006**; from the defendant(s) by **November 9, 2006**.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

4.   **Discovery Disputes**.

(a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1.  Said motion shall not exceed a total of four (4) pages. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion.  No reply is permitted.

      (b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

      ( c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

      (d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

      (e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

    5. **Amendment of the Pleadings**.  All motions to amend the pleadings shall be filed on or before **August 31, 2006**.

    6.  **Case Dispositive Motions**.  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **November 15, 2006**. Briefing deadlines shall be as agreed by the parties.  No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

    7.  **Applications by Motion**.

      (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with Federal Rules of Civil Procedure and the Local Rules of Civil Practice and Procedure for the United States District Court for the District of Delaware (Amended Effective January 1, 1995).

Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.  Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

       (b) No telephone calls shall be made to Chambers.

       (c) Any party with a true emergency matter requesting the assistance of the Court shall e-mail Chambers at: [jjf-civil@ded.uscourts.gov.](mailto:jjf-civil@ded.uscourts.gov)  The e-mail shall provide a short statement describing the emergency.

   8.  **Pretrial Conference**.  A Pretrial Conference will be held on _____, 200\_, at _____ \_.m., in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

   9.  **Trial**.  Trial by jury will commence at_____ \_m. on _____ \_\_ , 200\_\_ in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

**LAW OFFICE OF JOHN M. LaROSA**
/s/ John M. LaRosa
**JOHN M. LaROSA, ESQUIRE**
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
JLR@LaRosaLaw.com

Dated: April 7, 2006          Attorney for Plaintiff


**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Sheldon N. Sandler
**SHELDON N. SANDLER, ESQUIRE**
Delaware Bar No. 245
**SETH J. REIDENBERG, ESQUIRE**
Delaware Bar No. 3657
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6673
(302) 571-6706
ssandler@ycst.com
sreidenberg@ycst.com

Dated: April 7, 2006          Attorneys for Defendant


    SO ORDERED this _____ day of _____, A.D. 2006.


SHOWELL/Jnt Proposed Sched Ordr

5