IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFTON J. SHOWELL JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-462 JJF |
| ) | |
| GAMING ENTERTAINMENT (DELAWARE), ) | |
| L.L.C., d/b/a MIDWAY SLOTS AND ) | JURY TRIAL DEMANDED |
| SIMULCAST GAMING ENTERTAINMENT, ) | |
| A Delaware Limited Liability Company, ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned as lead attorney for Defendant.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Seth J. Reidenberg*
Sheldon N. Sandler, Esquire (No. 0245)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673; 571-6706
Facsimile: (302) 576-3330; 576-3442
Email: ssandler@ycst.com; sreidenberg@ycst.com
Attorneys for Defendant

DATED: April 10, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFTON J. SHOWELL JR.            )<br>                                                      )<br>     Plaintiff,                               )<br>                                                      )<br>     v.                                             )     C.A. No. 05-462 JJF<br>                                                      )<br>GAMING ENTERTAINMENT (DELAWARE),  )<br>L.L.C., d/b/a MIDWAY SLOTS AND          )     JURY TRIAL DEMANDED<br>SIMULCAST GAMING ENTERTAINMENT, )<br>A Delaware Limited Liability Company,   )<br>     Defendant.                            ) | |

### CERTIFICATE OF SERVICE

I, Seth J. Reidenberg, Esquire, hereby certify that on this 10th day of April 2006, I electronically filed a true and correct copy of the foregoing **Entry of Appearance** and this Certificate of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> John M. LaRosa, Esquire
> Law Office of John M. LaRosa
> Two East 7th Street, Suite 302
> Wilmington, DE 19801-3707

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Seth J. Reidenberg*
Sheldon N. Sandler, Esquire (No. 0245)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673; 571-6706
Facsimile: (302) 576-3330; 576-3442
Email:  ssandler@ycst.com; sreidenberg@ycst.com
Attorneys for Defendant

DATED:  April 10, 2006