# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CLIFTON J. SHOWELL, JR.** | : | |
| | : | |
| Plaintiff, | : | **CIVIL ACTION NO.** 05-462 JJF |
| | : | |
| v. | : | |
| | : | |
| **GAMING ENTERTAINMENT** | : | |
| **(DELAWARE), L.L.C.,** d/b/a | : | |
| **MIDWAY SLOTS & SIMULCAST** | : | |
| **GAMING ENTERTAINMENT,** | : | |
| a Delaware Limited Liability Company**,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on April 18, 2006, I caused two (2) copies of **PLAINTIFF'S FIRST SET OF SELF-EXECUTING DISCLOSURES** to be sent via CM/ECF and U.S. mail to the following:

> Seth J. Reidenberg, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> sreidenberg@ycst.com


    /s/ John M. LaRosa
    **JOHN M. LaROSA, ESQ. (#4275)**

cc:   Mr. Clifton J. Showell, Jr.

Attorney Files/John's Files/Client Files/SHOWELL/Pleadings/Not of Serv for Disclosures