IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFTON J. SHOWELL JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-462 JJF |
| ) | |
| GAMING ENTERTAINMENT (DELAWARE), ) | |
| L.L.C., d/b/a MIDWAY SLOTS AND ) | JURY TRIAL DEMANDED |
| SIMULCAST GAMING ENTERTAINMENT, ) | |
| A Delaware Limited Liability Company, ) | |
| Defendant. ) | |

NOTICE OF SERVICE

I, Seth R. Reidenberg, hereby certify that on April 27, 2006, two copies of Defendant's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a) were hand delivered to the following attorney of record for Plaintiff:

> John M. LaRosa, Esquire
> Law Office of John M. LaRosa
> Two East 7th Street, Suite 302
> Wilmington, DE 19801-3707

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Seth J. Reidenberg*
Sheldon N. Sandler, Esquire (No. 0245)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673; 571-6706
Facsimile: (302) 576-3330; 576-3442
Email: ssandler@ycst.com; sreidenberg@ycst.com
Attorneys for Defendant

DATED: April 27, 2006

CERTIFICATE OF SERVICE

I, Seth J. Reidenberg, Esquire, hereby certify that on April 27, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service of Defendant's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a) and this Certificate of Service Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> John M. LaRosa, Esquire
> Law Office of John M. LaRosa
> Two East 7th Street, Suite 302
> Wilmington, DE 19801-3707

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Seth J. Reidenberg*
Sheldon N. Sandler, Esquire (No. 0245)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673; 571-6706
Facsimile: (302) 576-3330; 576-3442
Email:  ssandler@ycst.com; sreidenberg@ycst.com
Attorneys for Defendant

DATED:  April 27, 2006