**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **CLIFTON J. SHOWELL, JR.** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO.** 05-462 JJF |
| | : | |
| **GAMING ENTERTAINMENT** | : | |
| **(DELAWARE), L.L.C.,** d/b/a | : | |
| **MIDWAY SLOTS & SIMULCAST** | : | |
| **GAMING ENTERTAINMENT,** | : | |
| a Delaware Limited Liability Company, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on July 31, 2006, I caused two (2) copies of **PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS UNDER RULE 36, PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT, PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS,** and this **NOTICE OF SERVICE** to be sent via electronic and first class U.S. mail, postage prepaid to the following:

> Sheldon N. Sandler, Esquire
> Seth J. Reidenberg, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391

> /s/ John M. LaRosa
> **JOHN M. LaROSA, ESQUIRE**

cc:   Mr. Clifton J. Showell, Jr.