IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFTON J. SHOWELL JR.,<br><br>        Plaintiff,<br><br>v.<br><br>GAMING ENTERTAINMENT (DELAWARE),<br>L.L.C., d/b/a MIDWAY SLOTS AND<br>SIMULCAST GAMING ENTERTAINMENT,<br>A Delaware Limited Liability Company,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-462 JJF<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Seth J. Reidenberg, hereby certify that on September 13, 2006, two copies of **Defendant's Responses to Plaintiff's First Request for Admissions Under Rule 36** and **Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories** were hand delivered to the following attorney of record for Plaintiff:

        John M. LaRosa, Esquire
        Law Office of John M. LaRosa
        Two East 7th Street, Suite 302
        Wilmington, DE 19801-3707

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ *Seth J. Reidenberg*
        ―――――――――――――――――――――
        Sheldon N. Sandler, Esquire (No. 0245)
        Seth J. Reidenberg, Esquire (No. 3657)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        Telephone: (302) 571-6673; 571-6706
        Facsimile: (302) 576-3330; 576-3442
        Email: ssandler@ycst.com; sreidenberg@ycst.com
        Attorneys for Defendant

DATED: September 13, 2006

# CERTIFICATE OF SERVICE

I, Seth J. Reidenberg, Esquire, hereby certify that on September 13, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service of **Defendant's Responses to Plaintiff's First Request for Admissions Under Rule 36** and **Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories** and this Certificate of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707


YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Seth J. Reidenberg*
Sheldon N. Sandler, Esquire (No. 0245)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673; 571-6706
Facsimile: (302) 576-3330; 576-3442
Email: ssandler@ycst.com; sreidenberg@ycst.com
Attorneys for Defendant

DATED: September 13, 2006