IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFTON J. SHOWELL JR.              ) | |
|                                     ) | |
|         Plaintiff,                  ) | |
|                                     ) | |
|    v.                               ) | C.A. No. 05-462 JJF |
|                                     ) | |
| GAMING ENTERTAINMENT (DELAWARE),    ) | |
| L.L.C., d/b/a MIDWAY SLOTS AND      ) | JURY TRIAL DEMANDED |
| SIMULCAST GAMING ENTERTAINMENT,     ) | |
| A Delaware Limited Liability Company,) | |
|         Defendant.                  ) | |

NOTICE OF SERVICE

I, Seth J. Reidenberg, hereby certify that on September 14, 2006, two copies of **Defendant's Responses to Plaintiff's First Request for Production of Documents** were hand delivered to the following attorney of record for Plaintiff:

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Seth J. Reidenberg*
───────────────────────────
Sheldon N. Sandler, Esquire (No. 0245)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673; 571-6706
Facsimile: (302) 576-3330; 576-3442
Email:  ssandler@ycst.com; sreidenberg@ycst.com
Attorneys for Defendant

DATED: September 14, 2006

<u>CERTIFICATE OF SERVICE</u>

I, Seth J. Reidenberg, Esquire, hereby certify that on September 14, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service of **Defendant's Responses to Plaintiff's First Request for Production of Documents** and this Certificate of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Seth J. Reidenberg*
-----------------------------
Sheldon N. Sandler, Esquire (No. 0245)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673; 571-6706
Facsimile: (302) 576-3330; 576-3442
Email: ssandler@ycst.com; sreidenberg@ycst.com
Attorneys for Defendant

DATED: September 14, 2006