IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLIFTON J. SHOWELL JR., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-462 JJF |
| GAMING ENTERTAINMENT (DELAWARE), L.L.C, d/b/a MIDWAY SLOTS AND SIMULCAST GAMING ENTERTAINMENT, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the parties filed an Amended Stipulated Scheduling Order in the above-captioned matter (D.I. 23);

WHEREAS, the extension of deadlines granted in the Amended Stipulated Scheduling Order conflicts with the pretrial conference currently set for February 8, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Pretrial Conference set for February 8, 2007 at 1:30 p.m. is CANCELLED.

2) A Pretrial Conference will be held on **Thursday, April 5, 2007 at 10:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

3) Trial will be scheduled at the Pretrial Conference

to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

October 3, 2006
DATE

UNITED STATES DISTRICT JUDGE