IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFTON J. SHOWELL JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-462 JJF |
| ) | |
| GAMING ENTERTAINMENT (DELAWARE), ) | |
| L.L.C., d/b/a MIDWAY SLOTS AND ) | JURY TRIAL DEMANDED |
| SIMULCAST GAMING ENTERTAINMENT, ) | |
| A Delaware Limited Liability Company, ) | |
| Defendant. ) | |

### NOTICE OF DEPOSITION

TO:   John M. LaRosa, Esquire
      Law Office of John M. LaRosa
      Two East 7th Street, Suite 302
      Wilmington, DE 19801-3707

   PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Clifton J. Showell on Thursday November 2, 2006, beginning at 10:00 a.m., and continuing thereafter from hour to hour and day to day until completion. The deposition will be held in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    _____
                    Sheldon N. Sandler, Esquire (No. 0245)
                    Seth J. Reidenberg, Esquire (No. 3657)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    P.O. Box 391
                    Wilmington, Delaware 19899-0391
                    Telephone: (302) 571-6673; 571-6706
                    Facsimile: (302) 576-3330; 576-3442
                    Email: ssandler@ycst.com; sreidenberg@ycst.com
                    Attorneys for Defendant

DATED: October 6, 2006

## CERTIFICATE OF SERVICE

I, Seth J. Reidenberg, Esquire, hereby certify that on October 6, 2006, I electronically filed a true and correct copy of the foregoing Notice of Deposition and this Certificate of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    John M. LaRosa, Esquire
    Law Office of John M. LaRosa
    Two East 7th Street, Suite 302
    Wilmington, DE 19801-3707


    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Seth J. Reidenberg
    Sheldon N. Sandler, Esquire (No. 0245)
    Seth J. Reidenberg, Esquire (No. 3657)
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-6673; 571-6706
    Facsimile: (302) 576-3330; 576-3442
    Email: ssandler@ycst.com; sreidenberg@ycst.com
    Attorneys for Defendant

DATED: October 6, 2006