IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CLIFTON J. SHOWELL JR.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-462 JJF |
| ) | |
| **GAMING ENTERTAINMENT (DELAWARE),** ) | |
| **L.L.C., d/b/a MIDWAY SLOTS AND** ) | **JURY TRIAL DEMANDED** |
| **SIMULCAST GAMING ENTERTAINMENT,** ) | |
| **A Delaware Limited Liability Company,** ) | |
| Defendant. ) | |

### NOTICE OF DEPOSITION

TO:   John M. LaRosa, Esquire
      Law Office of John M. LaRosa
      Two East 7th Street, Suite 302
      Wilmington, DE 19801-3707

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Mario Flores on Monday November 20, 2006, beginning at 3:00 p.m., and continuing thereafter from hour to hour and day to day until completion. The deposition will be held in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_____
Sheldon N. Sandler, Esquire (No. 0245)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673; 571-6706
Facsimile: (302) 576-3330; 576-3442
Email: ssandler@ycst.com; sreidenberg@ycst.com
Attorneys for Defendant

DATED: October 26, 2006

## CERTIFICATE OF SERVICE

I, Seth J. Reidenberg, Esquire, hereby certify that on October 26, 2006, I electronically filed a true and correct copy of the foregoing Notice of Deposition and this Certificate of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> John M. LaRosa, Esquire
> Law Office of John M. LaRosa
> Two East 7th Street, Suite 302
> Wilmington, DE 19801-3707

> _____
> Seth J. Reidenberg, Esquire (No. 3657)
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6706
> Facsimile: (302) 576-3442
> Email: sreidenberg@ycst.com

DATED: October 26, 2006