IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFTON J. SHOWELL JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GAMING ENTERTAINMENT (DELAWARE), )<br>L.L.C., d/b/a MIDWAY SLOTS AND )<br>SIMULCAST GAMING ENTERTAINMENT, )<br>A Delaware Limited Liability Company, )<br>Defendant. ) | C.A. No. 05-462 JJF<br><br>JURY TRIAL DEMANDED |

### NOTICE OF DEPOSITION

TO: John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Beverly Pope on Monday November 20, 2006, beginning at 10 a.m., and continuing thereafter from hour to hour and day to day until completion. The deposition will be held in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Sheldon N. Sandler, Esquire (No. 0245)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673; 571-6706
Facsimile: (302) 576-3330; 576-3442
Email: ssandler@ycst.com; sreidenberg@ycst.com
Attorneys for Defendant

DATED: October 26, 2006

## CERTIFICATE OF SERVICE

I, Seth J. Reidenberg, Esquire, hereby certify that on October 26, 2006, I electronically filed a true and correct copy of the foregoing Notice of Deposition and this Certificate of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>John M. LaRosa, Esquire
>Law Office of John M. LaRosa
>Two East 7th Street, Suite 302
>Wilmington, DE 19801-3707

---

Seth J. Reidenberg, Esquire (No. 3657)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6706
Facsimile: (302) 576-3442
Email:  sreidenberg@ycst.com

DATED: October 26, 2006