IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFTON J. SHOWELL JR.,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>GAMING ENTERTAINMENT (DELAWARE),  )<br>L.L.C., d/b/a MIDWAY SLOTS AND  )<br>SIMULCAST GAMING ENTERTAINMENT,  )<br>A Delaware Limited Liability Company,  )<br>    Defendant.  )| C.A. No. 05-462 JJF<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION

TO:   John M. LaRosa, Esquire
        Law Office of John M. LaRosa
        Two East 7th Street, Suite 302
        Wilmington, DE 19801-3707

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Georgia Kimball on Friday November 3, 2006, beginning at 10:00 a.m., and continuing thereafter from hour to hour and day to day until completion. The deposition will be held in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_____
Sheldon N. Sandler, Esquire (No. 0245)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673; 571-6706
Facsimile: (302) 576-3330; 576-3442
Email: ssandler@ycst.com; sreidenberg@ycst.com
Attorneys for Defendant

DATED: October 26, 2006

## CERTIFICATE OF SERVICE

I, Seth J. Reidenberg, Esquire, hereby certify that on October 26, 2006, I electronically filed a true and correct copy of the foregoing Notice of Deposition and this Certificate of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>John M. LaRosa, Esquire
>Law Office of John M. LaRosa
>Two East 7th Street, Suite 302
>Wilmington, DE 19801-3707

>*/s/ Seth J. Reidenberg*
>Seth J. Reidenberg, Esquire (No. 3657)
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware  19899-0391
>Telephone: (302) 571-6706
>Facsimile: (302) 576-3442
>Email:  sreidenberg@ycst.com

DATED:  October 26, 2006