# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CLIFTON J. SHOWELL, JR.** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO.** 05-462 JJF |
| | : | |
| **GAMING ENTERTAINMENT** | : | |
| **(DELAWARE), L.L.C.,** d/b/a | : | |
| **MIDWAY SLOTS & SIMULCAST** | : | |
| **GAMING ENTERTAINMENT,** | : | |
| a Delaware Limited Liability Company, | : | |
| | : | |
| Defendant. | : | |

## PLAINTIFF'S FIRST NOTICE OF DEPOSITIONS ON ORAL EXAMINATION

TO:   Seth J. Reidenberg, Esquire
      Young Conaway Stargatt & Taylor, LLP
      The Brandywine Building
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, Delaware 19899-0391
      (302) 576-3442 (fax)

PLEASE TAKE NOTICE that counsel for Plaintiff Clifton J. Showell, Jr. will take the depositions of the below named individuals at Gaming Entertainment (Delaware) d/b/a Midway Slots & Simulcast Gaming Entertainment, L.L.C., Delaware State Fairgrounds, Route 13, Harrington, DE 19952, at the dates and times indicated:

| **DEPONENT** | **DATE** | **TIME** |
|---|---|---|
| Mr. Scott Saxon | Monday, November 27, 2006 | 9:30 a.m. |
| Mr. Daryl Nashold | Monday, November 27, 2006 | 1:00 p.m. |
| Ms. Tracey Dorsey | Monday, November 27, 2006 | 3:00 p.m. |
| Mr. Jay Lewis | Tuesday, November 28, 2006 | 9:30 a.m. |
| Ms. Patricia Wildermuth | Tuesday, November 28, 2006 | 1:00 p.m. |

                                  **LAW OFFICE OF JOHN M. LaROSA**

                                  <u>/s/ John M. LaRosa</u>
                                  **JOHN M. LaROSA, ESQUIRE**
                                  Delaware Bar No. 4275
                                  Two East 7th Street, Suite 302
                                  Wilmington, Delaware 19801-3707
                                  (302) 888-1290
                                  JLR@LaRosaLaw.com

Dated: October 30, 2006             Attorneys for Plaintiff Clifton J. Showell, Jr.

## CERTIFICATE OF SERVICE

      I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on October 30, 2006, I caused two (2) copies of **PLAINTIFF'S FIRST NOTICE OF DEPOSITIONS ON ORAL EXAMINATION** to be sent to the following:

**Via CM/ECF and Electronic and U.S. Mail**
Seth J. Reidenberg, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
sreidenberg@ycst.com

                                                    /s/ John M. LaRosa
                                                    **JOHN M. LaROSA, ESQUIRE (# 4275)**

cc:    Mr. Clifton J. Showell, Jr. (via U.S. mail)

Attorney Files/John's Files/Client Files/SHOWELL/Pleadings/Notice of Depositions