IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CLIFTON J. SHOWELL, JR.** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 05-462 JJF |
| : | |
| **GAMING ENTERTAINMENT** : | |
| **(DELAWARE), L.L.C., d/b/a** : | |
| **MIDWAY SLOTS & SIMULCAST** : | |
| **GAMING ENTERTAINMENT,** : | |
| a Delaware Limited Liability Company, : | |
| : | |
| Defendant. : | |

## DECLARATION OF PLAINTIFF CLIFTON J. SHOWELL, JR. UNDER 28 U.S.C. § 1746

I, **Clifton J. Showell, Jr.**, hereby depose and state as follows:

1. I am the plaintiff in the above captioned action. I make this declaration on my personal knowledge, and I will testify hereto if called as a witness.

2. My annual evaluations from Defendant generally rated my performance as meets or exceeds expectations. I never received a negative annual evaluation from Defendant.

3. In 2003, my supervisor, Slot Director Beverly Pope, gave me a favorable annual evaluation and a 5% raise.

4. However, Tech Slot Manager Daryl Nashold, a white male, tore up the evaluation and voided my raise.

5. On or about December 30, 2003, I gave my IGS password to Attendant Georgia Kimball solely to complete hopper fill slips in order to meet a deadline imposed by my supervisor, Slot Director Beverly Pope.

6. During my employment with Defendant, it was a common practice for managers to let their subordinates use their IGS passwords to complete assigned work.

7. Sabrina Jenkins, a female manager in her 30's, and Brandy Shahan, a female manager in her early 20's, allowed their subordinates to use their IGS passwords to complete assigned work. However, Defendant did not discipline or discharge Jenkins or Shahan.

8. Defendant has a progressive discipline policy which requires that an employee be given a first and then a second warning and then a third warning before a final warning is issued. The policy also requires that a final warning be issued before an employee is discharged.

9. Defendant violated its progressive discipline policy by not issuing me a second or third warning before issuing me a final warning.

10. Under Defendant's progressive discipline policy, a human resources representative must be present whenever an employee is issued a third or final warning. However, no human resources personnel was present for my final warning.

11. My supervisor Beverly Pope did not sign my final warning. Instead, Defendant forged her signature in order to discharge me.

12. Out of six managers on the night shift in the Slot Department at the time I was discharged, I was Defendant's only African-American male Slot Shift Manager.

13. Previously in the Summer of 2003, I had to undergo dental surgery to have my teeth removed. At that time, Defendant forced me to take an unpaid leave of absence because it did not want me to work on the casino floor with my teeth missing.

14. I requested that I be allowed to take a demotion to a non-management position away from the casino floor. Defendant refused my request.

15. In contrast, Defendant accommodated female employees with medical issues, including Regina Burrell in 2002, and Sonya Clendaniel in 2004. Both women were allowed to take demotions from management to non-management positions because of medical issues.

16. Defendant denied me the same opportunity it gave females Regina Burrell and Sonya Clendaniel to take a demotion.

_____
CLIFTON J. SHOWELL, JR.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 26, 2006.

## CERTIFICATE OF SERVICE

I, John M. LaRosa, do hereby certify, on this 31st day of October 2006, I caused two (2) copies of **DECLARATION OF PLAINTIFF CLIFTON J. SHOWELL, JR. UNDER 28 U.S.C. § 1746**, to be sent via CM/ECF and first class U.S. mail, postage prepaid to the following:

>Seth J. Reidenberg, Esquire
>Young Conaway Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391


>/s/ John M. LaRosa
>**JOHN M. LaROSA, ESQUIRE**

cc:   Mr. Clifton J. Showell, Jr.

Attorney Files/John's Files/Client Files/JLR Clients/SHOWELL/Pleadings/Declaration of Pl.