LAW OFFICE
OF

# JOHN M. LaRosa
TWO EAST 7TH STREET, SUITE 302
WILMINGTON, DELAWARE 19801-3707

PHONE: (302) 888-1290
FAX:    (302) 655-9329

LICENSED IN DE, PA, AND NJ
INTERNET: WWW.LaRosaLaw.COM

November 8, 2006.

**VIA CM/ECF AND U.S. MAIL**
The Honorable Joseph J. Farnan
Lock Box 27
United States District Court
District of Delaware
844 North King Street
Wilmington. DE 19801

RE:    **Clifton J. Showell, Jr. v. Gaming Entertainment (Delaware), L.L.C.**
**C.A. No. 05-462 JJF**
**Joint Request for Referral to Magistrate Judge Thynge**

Dear Judge Farnan:

Fact discovery in the above captioned case is scheduled to end on November 29, 2006. Documentary discovery has been completed. Depositions have begun and are scheduled to be completed by the fact discovery cutoff.

In the interests of judicial economy and saving additional time and expense for the parties, counsel for both Plaintiff and Defendant wish to explore the possibility of mediation. Accordingly. the parties hereby jointly request that this case be referred to Magistrate Judge Thynge for the purpose of exploring the possibility of a settlement.

Respectfully submitted.

John M. LaRosa

cc:    Clerk. U.S. District Court
       Seth J. Reidenberg, Esquire

Attorney Files/John's Files/Client/SHOWELL/Correspondence/Judge Farnan