IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFTON J. SHOWELL JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-462 JJF |
| GAMING ENTERTAINMENT (DELAWARE), L.L.C, d/b/a MIDWAY SLOTS AND SIMULCAST GAMING ENTERTAINMENT, | : |
| Defendant. | : |

### O R D E R

WHEREAS, by letter dated November 8, 2006, counsel has advised the Court that the parties wish to explore mediation (D.I. 45);

NOW THEREFORE, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 636(b), this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement. The parties shall contact Magistrate Judge Thynge to schedule mediation so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

November 16, 2006
DATE

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE