IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLIFTON J. SHOWELL JR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-462 JJF |
| | : | |
| GAMING ENTERTAINMENT (DELAWARE), | : | |
| L.L.C., d/b/a MIDWAY SLOTS AND | : | JURY TRIAL DEMANDED |
| SIMULCAST GAMING ENTERTAINMENT, | : | |
| A Delaware Limited Liability Company, | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

I, Seth J. Reidenberg, hereby certify that on November 22, 2006, copies of *Defendant's Responses to Plaintiff's Second Request for Production of Documents* and this Notice were hand delivered to the following attorney of record for Plaintiff:

> John M. LaRosa, Esquire
> Law Office of John M. LaRosa
> Two East 7th Street, Suite 302
> Wilmington, DE 19801-3707

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Sheldon N. Sandler, Esquire (No. 0245)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673; 571-6706
Facsimile: (302) 576-3330; 576-3442
Email: ssandler@ycst.com; sreidenberg@ycst.com
Attorneys for Defendant

DATED: November 22, 2006

## CERTIFICATE OF SERVICE

I, Seth J. Reidenberg, Esquire, hereby certify that on November 22, 2006, I electronically filed a true and correct copy of the foregoing *Notice of Service of Defendant's Responses to Plaintiff's Second Request for Production of Documents* and this Certificate of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> John M. LaRosa, Esquire
> Law Office of John M. LaRosa
> Two East 7th Street, Suite 302
> Wilmington, DE 19801-3707

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> _____
> Sheldon N. Sandler, Esquire (No. 0245)
> Seth J. Reidenberg, Esquire (No. 3657)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware  19899-0391
> Telephone: (302) 571-6673; 571-6706
> Facsimile: (302) 576-3330; 576-3442
> Email:  ssandler@ycst.com; sreidenberg@ycst.com
> Attorneys for Defendant

DATED: November 22, 2006