December 11, 2006,

**VIA CM/ECF AND U.S. MAIL**
The Honorable Joseph J. Farnan
Lock Box 27
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

RE:    **Clifton J. Showell, Jr. v. Gaming Entertainment (Delaware), L.L.C.**
        **C.A. No. 05-462 JJF**
        **Joint Request to Stay Expert Discovery and**
        **Case Dispositive Motions Until the Conclusion of Mediation**

Dear Judge Farnan:

      Fact discovery in the above captioned case ended on November 29, 2006. Expert reports currently are due from Plaintiff by December 8, 2006, and from Defendant by January 8, 2007. Case Dispositive Motions currently are scheduled to be filed by January 15, 2007. The pretrial conference currently is scheduled for April 5, 2007, but no trial date has been set.

      A mediation scheduling teleconference with Magistrate Thynge has been scheduled for February 27, 2007. The parties wish to defer expert discovery, case dispositive motions and briefing, the pretrial conference, and other additional litigation until after mediation. However, the parties anticipate that mediation will not be scheduled until July 17, 2007, at the earliest.

      Accordingly, the parties are submitting the enclosed Joint Proposed Second Amended Scheduling Order seeking to stay expert discovery, case dispositive motions and briefing, the pretrial conference, and other additional litigation until after mediation.

Respectfully submitted,


John M. LaRosa

cc:    Clerk, U.S. District Court
        Seth J. Reidenberg, Esquire

Attorney Files/John's Files/Client/SHOWELL/Correspondence/Judge Farnan 2