IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CLIFTON J. SHOWELL, JR.** | : | |
| | : | |
| Plaintiff, | : | **CIVIL ACTION NO.** 05-462 JJF |
| | : | |
| **v.** | : | |
| | : | |
| **GAMING ENTERTAINMENT (DELAWARE), L.L.C.,** d/b/a **MIDWAY SLOTS & SIMULCAST GAMING ENTERTAINMENT,** a Delaware Limited Liability Company, | : | |
| | : | |
| Defendant. | : | |

**JOINT PROPOSED
SECOND AMENDED STIPULATED SCHEDULING ORDER**

WHEREAS, by letter dated November 8, 2006, counsel advised the Court that the parties wished to explore mediation (D.I. 45);

WHEREAS, by Order dated November 16, 2006, the Court referred this matter to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement (D.I. 49);

WHEREAS, by Order dated November 21, 2006, a mediation scheduling teleconference has been scheduled for February 27, 2007 (D.I. 50);

WHEREAS, all fact discovery in this matter was completed on November 29, 2006;

WHEREAS, expert reports currently are scheduled to be served by Plaintiff on or before December 8, 2006, and by Defendant on or before January 8, 2007;

WHEREAS, Case Dispositive Motions currently are scheduled to

i

be filed on or before January 15, 2007;

WHEREAS, a Pretrial Conference currently is scheduled for April 5, 2007, but no trial date has been set;

WHEREAS, the parties anticipate that mediation will not be scheduled until 140+ days from the February 27, 2007 teleconference date, or at the earliest, July 17, 2007;

WHEREAS, the parties wish to defer Expert Discovery, Case Dispositive Motions, the Pretrial Conference, and the time and expense of further litigation, if necessary, until after the conclusion of mediation;

Subject to approval by this Court, Plaintiff Clifton J. Showell, Jr. and Defendant Gaming Entertainment (Delaware), L.L.C., d/b/a Midway Slots and Simulcast Gaming Entertainment, by and through their respective undersigned counsel, hereby stipulate and agree that the Amended Stipulated Scheduling Order entered on September 26, 2006 (D.I. 23) is amended as follows and will control this action:

IT IS THEREBY ORDERED AND DECREED AS FOLLOWS:

1. The Amended Stipulated Scheduling Order is hereby amended as follows:

    a. Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff within thirty (30) days after the conclusion of mediation and from the defendant within thirty (30) days thereafter.

    b. Any case dispositive motions shall be served and filed with an opening brief on or before forty-five (45) days after the conclusion of mediation.  No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

    c. The Pretrial Conference scheduled for April 5, 2007, shall be continued until a date and time to be determined by the Court if the matter is not resolved by the mediation.  In that event, the parties shall promptly notify the Court of the conclusion of the mediation and request a new date and time for the Pretrial Conference.

    d. In all other respects, the Amended Stipulated Scheduling Order shall remain in full force and effect.

IT IS SO STIPULATED.

                                            **LAW OFFICE OF JOHN M. LaROSA**
/s/ John M. LaRosa
**JOHN M. LaROSA, ESQUIRE**
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
JLR@LaRosaLaw.com

Dated: December 11, 2006    Attorney for Plaintiff

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Seth J. Reidenberg
**SETH J. REIDENBERG, ESQUIRE**
Delaware Bar No. 3657
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6706
sreidenberg@ycst.com

Dated: December 11, 2006    Attorney for Defendant

IT IS SO ORDERED.

_____    _____
**DATE**    **UNITED STATES DISTRICT JUDGE**

SHOWELL/Jnt Proposed 2d Amended Sched Ordr