IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CLINTON J. SHOWELL, JR., :
:
    Plaintiff, :
:
v. : Civil Action No. 05-462-JJF
:
MIDWAY SLOTS & SIMULCAST :
GAMING ENTERTAINMENT, :
:
    Defendants. :

## O R D E R

WHEREAS, mediation scheduled in the above-captioned action for January 23, 2007 was cancelled;

WHEREAS, since that time, there has been no further activity in this case;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall advise the Court of the status of this action no later than **Friday, November 23, 2007.**

_November 8, 2007_
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE