LAW OFFICE
OF
# JOHN M. LaRosa
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707

PHONE: (302) 888-1290  
FAX:   (302) 655-9329

LICENSED IN DE, PA, AND NJ  
INTERNET: www.LaRosaLaw.com

November 20, 2007,

**VIA CM/ECF AND U.S. MAIL**
The Honorable Joseph J. Farnan
Lock Box 27
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

RE:   Clifton J. Showell, Jr. v. Gaming Entertainment (Delaware), L.L.C.
      C.A. No. 05-462 JJF
      Joint Status Report and Request to Schedule Expert Discovery,
      **Case Dispositive Motions, Mediation, Pretrial Conference, and Trial**

Dear Judge Farnan:

In response to the Court's Order of November 8, 2007, the following is the parties' status report for the above captioned action.

Fact discovery in this case was completed on November 29, 2006. After a stipulation was filed by the parties, the Court issued a Joint Second Amended Stipulated Scheduling Order on December 13, 2006, scheduling a mediation scheduling teleconference for February 27, 2007, and staying expert reports, dispositive motions, and the originally scheduled April 5, 2007 pretrial conference until after the conclusion of mediation.

However, on January 23, 2007, by Order of Magistrate Judge Thynge, the February 27th mediation scheduling teleconference was cancelled, and no mediation ever occurred in this case. At that time, Judge Thynge was the lone magistrate judge for the district and also was responsible for the trial caseload of Judge Jordan, after his then recent appointment to the Third Circuit Court of Appeals. Thus, with no mediation and no immediate appointment of another magistrate judge for the district in sight, counsel engaged in multiple written and verbal settlement communications in an attempt to resolve the case. These settlement talks were unsuccessful.

Counsel now believe that the case should proceed with expert discovery and dispositive motions and the case scheduled for trial before mediation is attempted. Plaintiff's counsel believes that mediation only will be successful, if at all, after dispositive motions are briefed by the parties and ruled upon by the Court and a trial date is set.

The Honorable Joseph J. Farnan
November 20, 2007
Page 2

      Accordingly, the parties are submitting the enclosed Joint Proposed Third Amended Stipulated Scheduling Order seeking the Court to 1) re-schedule expert discovery and case dispositive motions and briefing, 2) refer the case back to a magistrate judge for a mediation to be scheduled after ruling on case dispositive motions, and 3) set a new pretrial conference date and trial dates.

Respectfully submitted,

*/s/ John M. LaRosa*
John M. LaRosa

cc:    Clerk, U.S. District Court
        Seth J. Reidenberg, Esquire

Attorney Files/John's Files/Client/SHOWELL/Correspondence/Judge Farnan 3- Status Report