### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CLIFTON J. SHOWELL, JR.** | : | |
| | : | |
| Plaintiff, | : | **CIVIL ACTION NO.** 05-462 JJF |
| | : | |
| v. | : | |
| | : | |
| **GAMING ENTERTAINMENT** | : | |
| **(DELAWARE), L.L.C.,** d/b/a | : | |
| **MIDWAY SLOTS & SIMULCAST** | : | |
| **GAMING ENTERTAINMENT,** | : | |
| a Delaware Limited Liability | : | |
| Company, | : | |
| | : | |
| Defendant. | : | |

### JOINT PROPOSED
### THIRD AMENDED STIPULATED SCHEDULING ORDER

WHEREAS, by Order dated November 21, 2006, a mediation scheduling teleconference was scheduled for February 27, 2007 (D.I. 50);

WHEREAS, all fact discovery in this matter was completed on November 29, 2006;

WHEREAS, expert reports currently are scheduled to be served by Plaintiff within thirty (30) days after the conclusion of mediation and from the defendant within thirty (30) days thereafter.

WHEREAS, Case Dispositive Motions currently are scheduled to be filed with an opening brief on or before forty-five (45) days after the conclusion of mediation.

WHEREAS, the Pretrial Conference originally was scheduled for April 5, 2007, but was cancelled, and no trial date has been set;

WHEREAS, by Order dated January 23, 2007, the mediation scheduling teleconference was cancelled (D.I. 56);

WHEREAS, settlement talks between the parties have been unsuccessful;

WHEREAS, the parties wish to re-schedule Expert Discovery, Case Dispositive Motions, and the Pretrial Conference, and to schedule a trial date;

WHEREAS, the parties wish to schedule mediation for a date after the Court's ruling on Case Dispositive Motions and before the trial date;

Subject to approval by this Court, Plaintiff Clifton J. Showell, Jr. and Defendant Gaming Entertainment (Delaware), L.L.C., d/b/a Midway Slots and Simulcast Gaming Entertainment, by and through their respective undersigned counsel, hereby stipulate and agree that the Joint Second Amended Stipulated Scheduling Order entered on December 12, 2006 (D.I. 55) is amended as follows and will control this action:

IT IS THEREBY ORDERED AND DECREED AS FOLLOWS:

1.  The Joint Second Amended Stipulated Scheduling Order is hereby amended as follows:

    a.  Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff on December 31, 2007, and from the defendant on January 31, 2008.

    b.  Any case dispositive motions shall be served and filed with an opening brief on or before February 29, 2008. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

   c. A Pretrial Conference will be held on _____, 200_, at _____ _.m., in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

   d. Pursuant to 28 U.S.C. § 636(b), this matter is referred to Magistrate Judge _____ for the purposes of scheduling a mediation conference date. The parties shall contact Magistrate Judge _____ to schedule mediation so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

   e. Trial by jury will commence at_____ _m. on _____ __ , 200__ in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

   f. In all other respects, the Second Amended Stipulated Scheduling Order shall remain in full force and effect.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.]**

IT IS SO STIPULATED.

                                                    **LAW OFFICE OF JOHN M. LaROSA**

/s/ John M. LaRosa
**JOHN M. LaROSA, ESQUIRE**
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
JLR@LaRosaLaw.com

Dated: November 20, 2007    Attorney for Plaintiff

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Seth J. Reidenberg
**SETH J. REIDENBERG, ESQUIRE**
Delaware Bar No. 3657
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6706
sreidenberg@ycst.com

Dated: November 20, 2007    Attorney for Defendant

IT IS SO ORDERED.

_____    _____
**DATE**    **UNITED STATES DISTRICT JUDGE**

SHOWELL/Jnt Proposed 3d Amended Sched Ordr