IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFTON J. SHOWELL JR. : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 05-462 JJF |
| : | |
| GAMING ENTERTAINMENT (DELAWARE), : | |
| L.L.C., d/b/a MIDWAY SLOTS AND : | JURY TRIAL DEMANDED |
| SIMULCAST GAMING ENTERTAINMENT, : | |
| A Delaware Limited Liability Company, : | |
| Defendant. : | |

**DEFENDANT, GAMING ENTERTAINMENT OF (DELAWARE) L.L.C.'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in their accompanying Opening Brief, Defendants hereby move for summary judgment in the above-captioned matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Seth. J. Reidenberg, Esquire (I.D. No. 3657)
The Brandywine Building
1000 West Street, 17th Floor

P. O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Attorneys for Defendant Gaming Entertainment
(Delaware) L.L.C.*

Dated: February 29, 2008