**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CLIFTON J. SHOWELL, JR.** | : |
| | : |
| Plaintiff, | : **CIVIL ACTION NO.** 05-462 JJF |
| | : |
| v. | : |
| | : |
| **GAMING ENTERTAINMENT** | : |
| **(DELAWARE), L.L.C.,** d/b/a | : |
| **MIDWAY SLOTS & SIMULCAST** | : |
| **GAMING ENTERTAINMENT,** | : |
| a Delaware Limited Liability Company, | : |
| | : |
| Defendant. | : |

## NOTICE OF FILING PAPER DOCUMENT

Please take notice that Plaintiff has filed with the Court and the Clerk hard copies of the the following document: **APPENDIX OF PUBLIC DOCUMENTS FILED UNDER SEAL FOR PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.**

        **LAW OFFICE OF JOHN M. LaROSA**
        **JOHN M. LaROSA, ESQUIRE**
        Delaware Bar No. 4275
        Two East 7th Street, Suite 302
        Wilmington, Delaware 19801-3707
        (302) 888-1290
        (302) 655-9329 (fax)
        JLR@ LaRosaLaw.com

        Attorney for Plaintiff Clifton J. Showell, Jr.

Dated: March 11, 2008