IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFTON J. SHOWELL JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-462 JJF |
| ) | |
| GAMING ENTERTAINMENT (DELAWARE), ) | |
| L.L.C., d/b/a MIDWAY SLOTS AND ) | |
| SIMULCAST GAMING ENTERTAINMENT, ) | |
| A Delaware Limited Liability Company, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO AMEND THE SCHEDULING ORDER

WHEREAS, Defendant Gaming Entertainment (Delaware) L.L.C. d/b/a Midway Slots and Simulcast Gaming Entertainment filed its Opening Brief in Support of its Motion for Summary Judgment on February 29, 2008;

WHEREAS, Plaintiff Clifton J. Showell, Jr., Pursuant to Local Rule 7.1.2 would have had until March 17, 2008 to file an Answering Brief in Opposition to Defendant's Motion for Summary Judgment and Defendant would have had until March 24, 2008 to file its Reply Brief;

WHEREAS, Plaintiff filed its Answering Brief in Opposition to Defendant's Motion for Summary Judgment on March 10, 2008, which, pursuant to the rules, would have required the Defendant to file its Reply Brief on March 17, 2008; and

WHEREAS, Defendant's counsel is on vacation until March 17, 2008 in anticipation of filing its Reply Brief on March 24, 2008;

Therefore, subject to approval by this Court, Plaintiff Clifton J. Showell, Jr. and Defendant Gaming Entertainment (Delaware) L.L.C. d/b/a Midway Slots and Simulcast Gaming Entertainment, by and through their respective undersigned counsel, hereby stipulate and agree that the Defendant's Reply Brief will be due on March 24, 2008.

This Order shall not change any other dates in any Scheduling Orders in effect.

**IT IS SO STIPULATED.**

        LAW OFFICE OF JOHN M. LaROSA

        */s/ John M. LaRosa*
        John M. LaRosa (No. 4275)
        Two East 7th Street, Suite 302
        Wilmington, Delaware 19801-3707
        (302) 888-1290
        JLR@LaRosaLaw.com
        Attorney for Plaintiff

        Dated: March 11, 2008

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Seth J. Reidenberg*
        Seth J. Reidenberg, Esquire (No. 3657)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        (302) 571-6706
        sreidenberg@ycst.com
        Attorney for Defendant

        Dated: March 11, 2008

IT IS SO ORDERED this _____ day of _____, 2008.

        _____
        UNITED STATES DISTRICT JUDGE