**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CLIFTON J. SHOWELL, JR.** | : |
| | : |
| Plaintiff, | : **CIVIL ACTION NO.** 05-462 JJF |
| | : |
| v. | : |
| | : |
| **GAMING ENTERTAINMENT** | : |
| **(DELAWARE), L.L.C.,** d/b/a | : |
| **MIDWAY SLOTS & SIMULCAST** | : |
| **GAMING ENTERTAINMENT,** | : |
| a Delaware Limited Liability Company**,** | : **SEALED-SUBJECT TO PROTECTIVE ORDER** |
| | : |
| Defendant. | : |

**APPENDIX OF CONFIDENTIAL DOCUMENTS FILED UNDER SEAL
FOR PLAINTIFF'S ANSWERING BRIEF
IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**LAW OFFICE OF JOHN M. LaROSA
JOHN M. LaROSA, ESQUIRE**
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
(302) 655-9329 (fax)
JLR@ LaRosaLaw.com

Attorney for Plaintiff Clifton J. Showell, Jr.

Dated: March 10, 2008

The contents of this document have been redacted in its entirety.