IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFTON J. SHOWELL JR. | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-462 JJF |
| GAMING ENTERTAINMENT (DELAWARE), L.L.C., d/b/a MIDWAY SLOTS AND SIMULCAST GAMING ENTERTAINMENT, A Delaware Limited Liability Company, Defendant. | : JURY TRIAL DEMANDED |

**APPENDIX TO DEFENDANT, GAMING ENTERTAINMENT (DELAWARE) L.L.C.'S REPLY BRIEF IN SUPPORT OF ITS MOTION OF SUMMARY JUDGMENT**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Seth. J. Reidenberg, Esquire (I.D. No. 3657)
The Brandywine Building
1000 West Street, 17th Floor

P. O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Attorneys for Defendant Gaming Entertainment (Delaware) L.L.C.*

Dated: March 24, 2008

## TABLE OF CONTENTS

Page

Workforce Analysis of Employees Same
or Similarly Situated to Claimant (D00445) ................................................................. C1

**Workforce Analysis of Employees Same or Similarly Situated to Claimant**

| Name | Race | Age | Gender | Position |
|---|---|---|---|---|
| Beverly Pope | Black | 49 | Female | Director of Slots (Claimant's immediate supervisor) |
| Daryl Nashold | White | 51 | Male | Slot & Technical Manager |
| Regina Burrell | Black | 48 | Female | Slot Shift Manager |
| William Bata | White | 45 | Male | Slot Shift Manager |
| Sabrina Jenkins | Black | 26 | Female | Slot Shift Manager |
| Sonya Clendaniel | White | 38 | Female | Slot Shift Manager |
| Brian Kelly | White | 28 | Male | Slot Shift Manager |
| Tracy Dorsey | Black | 41 | Female | Slot Shift Manager |

C1

D00445