# LAW OFFICE
## OF
## JOHN M. LaRosa
TWO EAST 7TH STREET, SUITE 302
WILMINGTON, DELAWARE 19801-3707

PHONE: (302) 888-1290  
FAX:   (302) 655-9329

LICENSED IN DE, PA, AND NJ  
INTERNET: WWW.LaRosaLaw.COM

May 6, 2008.

**VIA CM/ECF AND U.S. MAIL**
The Honorable Joseph J. Farnan
Lock Box 27
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

RE:   Clifton J. Showell, Jr. v. Gaming Entertainment (Delaware), L.L.C.
      C.A. No. 05-462 JJF
      **Plaintiff's Status Report Regarding Settlement Talks**

Dear Judge Farnan:

The above captioned case currently is scheduled for a three day jury trial beginning on June 24, 2008. Summary judgment has been briefed, and an order and opinion are still pending.

Previously, a mediation scheduling teleconference scheduled for February 27, 2007, was cancelled, and a subsequent attempt by the parties to schedule mediation in April of 2008, was unsuccessful due to Magistrate Thynge's busy schedule. Nevertheless, counsel for both parties have continued to engage in two-way communications both with their clients and each other in a good faith effort to explore the resolution of the controversy by settlement. Based on my telephone conversations yesterday, May 5, 2008, with defense counsel and my client, I believe that settlement is imminent, and that a mutually acceptable settlement figure will be reached as quickly as this week.

Accordingly, I ask that the Court temporarily refrain from taking any further action regarding this case. Once the parties finalize a settlement agreement, an appropriate Stipulation of Dismissal will be filed with the Court.

Respectfully submitted,

John M. LaRosa
Attorney for Plaintiff

cc:   Clerk, U.S. District Court
      Seth J. Reidenberg, Esquire
      Mr. Clifton J. Showell, Jr.

Attorney Files/John's Files/Client/SHOWELL/Correspondence/Judge Farnan 4- Pl. Status Report