# LAW OFFICE
## OF
## JOHN M. LaROSA
TWO EAST 7TH STREET, SUITE 302
WILMINGTON, DELAWARE 19801-3707

PHONE: (302) 888-1290　　　　　　　　　　　　　　　　LICENSED IN DE, PA, AND NJ
FAX:　　(302) 655-9329　　　　　　　　　　　　　　　　INTERNET: WWW.LAROSALAW.COM

August 18, 2008.

**VIA CM/ECF AND U.S. MAIL**
The Honorable Joseph J. Farnan
Lock Box 27
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

RE:　Clifton J. Showell, Jr. v. Gaming Entertainment (Delaware), L.L.C.
　　　C.A. No. 05-462 JJF
　　　**Counsel's Status Report Regarding Settlement**

Dear Judge Farnan:

　　In response to the Court's Oral Order of August 7, 2008, enclosed for the Court's execution is a Stipulation of Dismissal filed today. The case has been settled between the parties.

Respectfully submitted,

*/s/ John M. LaRosa*
John M. LaRosa

Attorney for Plaintiff

Enclosure

cc:　Seth J. Reidenberg, Esquire
　　　Mr. Clifton J. Showell, Jr.

Attorney Files/John's Files/Client/SHOWELL/Correspondence/Judge Farnan 5