IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFTON J. SHOWELL JR. | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | ) C.A. No. 05-462 JJF |
| | ) |
| GAMING ENTERTAINMENT (DELAWARE), | ) |
| L.L.C., d/b/a MIDWAY SLOTS AND | ) |
| SIMULCAST GAMING ENTERTAINMENT, | ) |
| A Delaware Limited Liability Company, | ) |
| | ) |

## STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice.

| | |
|---|---|
| Law Office of John M. LaRosa | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ John M. LaRosa | /s/ Seth J. Reidenberg |
| John M. LaRosa, Esquire (Bar I.D. 4275) | Seth J. Reidenberg. Esquire (Bar I.D. 3657) |
| Two East 7th Street. Suite 302 | The Brandywine Building. 17th Floor |
| Wilmington, DE 19801-3707 | 1000 West Street |
| Telephone: (302) 888-1290 | P.O. Box 391 |
| E-mail: JLR@LaRosaLaw.com | Wilmington, Delaware 19899-0391 |
| *Attorneys for Plaintiff* | Telephone: (302) 571-6706 |
| | Facsimile: (302) 576-3442 |
| Dated: ~~July~~ August 8, 2008 | E-mail: sreidenberg@ycst.com |
| | *Attorneys for Defendant* |

So Ordered this 25 of August, 2008.

_____
United States District Judge